**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JERRY M. SMITH | CIVIL ACTION NO. 04-0027 |
| VERSUS | JUDGE S. MAURICE HICKS, JR |
| UNITED TEACHERS ASSOCIATES INSURANCE COMPANY | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

This matter is before the Court on a Motion for Summary Judgment (Record Document 11) filed by Defendant United Teachers Associates Insurance Company and a Motion for Summary Judgment (Record Document 17) filed by Plaintiff Jerry M. Smith. Both motions for summary judgment are opposed. Plaintiff moves for summary judgment awarding monthly disability benefits under a permanent disability insurance policy. Defendant moves for summary judgment dismissing all of Plaintiff's claims.

After reviewing the entire record, the Court finds that there are no genuine issues of material fact in dispute and that summary judgment in favor of Defendant is proper on all claims as a matter of fact and law.

Accordingly;

**IT IS ORDERED** that Defendant's Motion for Summary Judgment (Record Document 11) be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Record Document 17) be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Plaintiff's Complaint (Record Document 1) be and is hereby **DISMISSED WITH PREJUDICE** in its entirety.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 10th day of February, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE